## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

**FIDELITY AND DEPOSIT COMPANY**   :
**OF MARYLAND,**   :
   :
        **Plaintiff,**   :
    **v.**   : **CIVIL ACTION NO.: 2-16-cv-06203-JS**
   :
**AMTHOR STEEL, INC., CARRARA STEEL,**   :
**INC., CARRARA STEEL ERECTORS, INC.,**   :
**JOSEPH E. SADLER and HARRY D.**   :
**MARTIN, in their capacity as Executors of the**   :
**Estate of Richard L. Carrara, Deceased,**   :
**TERRY J. CARRARA and PAULA A.**   :
**CARRARA, PATRICK S. CARRARA and**   :
**TARA L. CARRARA, and KIM R.**   :
**CARRARA and SUZANNE LYNN CARRARA,** :
   :
        **Defendants.**   :

_____ :

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Fidelity and Deposit Company of Maryland ("F&D"), pursuant to Rule 41(a)(1)(A), Fed.R.Civ.P., hereby voluntarily dismisses this action with prejudice.  F&D certifies that the defendants have not filed an answer or a motion for summary judgment in this action.

Dated:  January 23, 2017         Respectfully,

                              WHITE and WILLIAMS LLP

                By:   /s/ Craig H. O'Neill_____
                    William J. Taylor
                    Craig H. O'Neill

                    Identification Nos. PA 40794 / 84178
                    1650 Market Street
                    One Liberty Place, Suite
                    1800Philadelphia, PA  19103-7395
                    T:  (215) 864-6305
                    F:  (215) 789-7670
                    Attorneys for Plaintiff, Fidelity and
                    Deposit Company of Maryland

18338483v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice has been filed via ECF and served by electronic mail and first class U.S. Mail, postage prepaid, this 23rd day of January, 2017, upon:

Andrew B. Cohn
Kaplin Stewart
Union Meeting Corporate Center
910 Harvest Drive
P.O Box 3037
Blue Bell, PA 19422-0765
Counsel for Defendants

_____/s/_____
Craig H. O'Neill, Esquire

18338483v.1